UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT GMBH & CO., KG, <br><br> Defendant. | Civil Action No. 4:10-cv-40004-FDS |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

Please take notice that Dianne B. Elderkin, Barbara L. Mullin, and Matthew A. Pearson, counsel for Plaintiff Centocor Ortho Biotech, Inc., are no longer affiliated with Woodcock Washburn LLP. Ms. Elderkin, Ms. Mullin, and Mr. Pearson are now affiliated with Akin Gump Strauss Hauer & Feld LLP, Two Commerce Square, 2001 Market Street, Suite 4100, Philadelphia, Pennsylvania 1903-7013.

CENTOCOR ORTHO BIOTECH, INC.,

By its attorneys,

/s/ Heather B. Repicky
Heather B. Repicky (BBO # 663347)
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

-and-

Dianne B. Elderkin (*pro hac vice*)
delderkin@akingump.com
Barbara L. Mullin (*pro hac vice*)
bmullin@akingump.com
Matthew A. Pearson (*pro hac vice*)
mpearson@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
(215) 965-1200

Dated: February 19, 2010

## CERTIFICATE OF SERVICE

I certify that, on February 19, 2010, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Heather B. Repicky

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT GMBH & CO., KG, <br><br> Defendant. | Civil Action No. 4:10-cv-40003-FDS |

## AFFIDAVIT OF JAMES VAUGHN SPENCER

I, James Vaughn Spencer, certify that:

1. I am an associate at Woodcock Washburn LLP, Cira Centre, 12th Floor, 2929 Arch Street, Philadelphia, Pennsylvania, and represent Plaintiff Centocor Ortho Biotech, Inc. in the above-captioned matter;

2. I am a member of the Bar of the Commonwealth of Pennsylvania and admitted to practice in all Pennsylvania State Courts;

3. I am a member in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 14th DAY OF JANUARY, 2010.


  /s/ James Vaughn Spencer [paper document bears original signature]
James Vaughn Spencer

1899751.1