CENTOCOR ORTHO BIOTECH, INC.

          Plaintiff,

v.

ABBOTT GMBH & CO., KG

          Defendant.

Civil Action No. 4:10-cv-40004-FDS

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

Pursuant to Local Rule 83.5.2(c), please take notice that Nina S. Tallon of Wilmer Cutler Pickering Hale and Dorr LLP hereby withdraws her appearance as counsel for Defendant Abbott GmbH & Co., KG in this action.

Respectfully submitted,

March 16, 2010

_/s/ William F. Lee_____
William F. Lee (BBO #291960)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
  *Attorney for Abbott GmbH & Co., KG, and*
  *Abbott Bioresearch Center, Inc.*

OF COUNSEL:

Robert J. Gunther, Jr. (admitted *pro hac vice*)
Jane M. Love (admitted *pro hac vice*)
Violetta G. Watson (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Amy K. Wigmore (admitted *pro hac vice*)
Amy J. Nelson (admitted *pro hac vice*)
Meaghan Davant (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

William W. Kim (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
1117 California Avenue
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

US1DOCS 7479879v1

**CERTIFICATE OF SERVICE**

I certify that, on March 16, 2010, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ William F. Lee
_____

US1DOCS 7479879v1