UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br><br>   Plaintiff,<br><br>v.<br><br>ABBOTT GMBH & CO., KG<br><br>   Defendant. | Civil Action No. 4:10-cv-40004-FDS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), please take notice that Paul B. Keller of Wilmer Cutler Pickering Hale and Dorr LLP hereby withdraws his appearance as counsel for Defendant Abbott GmbH & Co., KG in this action.

|  |  |
|---|---|
|  | Respectfully submitted, |
| March 16, 2010 | /s/ William F. Lee |
|  | William F. Lee (BBO #291960) |
|  | WILMER CUTLER PICKERING |
|  | HALE AND DORR LLP |
|  | 60 State Street |
|  | Boston, Massachusetts 02109 |
|  | Tel: (617) 526-6000 |
|  | Fax: (617) 526-5000 |
|  | *Attorney for Abbott GmbH & Co., KG, and Abbott Bioresearch Center, Inc.* |

OF COUNSEL:

Robert J. Gunther, Jr. (admitted *pro hac vice*)
Jane M. Love (admitted *pro hac vice*)
Violetta G. Watson (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Amy K. Wigmore (admitted *pro hac vice*)
Amy J. Nelson (admitted *pro hac vice*)
Meaghan Davant (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

William W. Kim (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE and DORR LLP
1117 California Avenue
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

## CERTIFICATE OF SERVICE

      I certify that, on March 16, 2010, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ William F. Lee

US1DOCS 7480634v1