UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CENTOCOR ORTHO BIOTECH, INC.
       Plaintiff

v.                     CIVIL ACTION NO. 4:10-40004 - FDS

ABBOTT GMBH & CO., KG,
       Defendant


## JUDGMENT IN A CIVIL CASE

SAYLOR, D.J.

**Jury Verdict.** This action after consolidation with Civil Action No. 4:09-cv-11340-FDS, came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT FOR CENTOCOR ORTHO BIOTECH, INC., PURSUANT TO THE VERDICT ENTERED ON SEPTEMBER 25, 2012, IN CASE 4:09-CV-11340-FDS.**


                                         SARAH A. THORNTON,
                                         CLERK OF COURT

Dated: March 13, 2013                  By /s/ Pietro Cicolini
                                               Deputy Clerk